# United States District Court for the Northern District of Illinois

Case Number: 08CV425           Assigned/Issued By: J.N.

Judge Name: KOCORAS           Designated Magistrate Judge: VALDEZ

## FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____           Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                    Receipt #: 1116433

Date Payment Rec'd: 1-18-08         Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

6 Original and 6 copies on 1/18/08 as to FRED WEIDMAN; ROBERT
                          (Date)
ROSE, JR.; FLEET SERVICE; JAMES BOREK; FLASH TOWING, INC.; HURON

STREET DELIVERY, INC.

C:\wpwin80\docket\feeinfo.frm     03/14/05