IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT PAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 425 |
| v. | ) | |
| | ) | Judge Kocoras |
| FLASH TOWING, et al., | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Carlton Odim
     Law Offices of Carlton Odim
     19 S. LaSalle Street,
     Suite 1300
     Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on Thursday, February 9, 2008, defendant filed with the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's **ATTORNEY APPEARANCE**, a copy of which is attached hereto and served upon you herewith.

The undersigned certifies that in accordance with Fed. R. Civ. P. 5 LR5.5, and the General Order on Electronic Case Filing, a copy of this notice and pleading was served pursuant to the district court's ECF system to the attorney(s) of record and ECF filers on February 9 2008.

/s/  Terence J. Moran
     Attorney for Defendants

Terence J. Moran, Esq.
**Hughes Socol Piers Resnick & Dym, Ltd.**
70 West Madison, Suite 4000
Chicago, Illinois 60602
312/580-0100
tmoran@hsplegal.com
*Attorney for Defendants*
*Flash Towing, Huron Street Delivery*
*and James Borek*