## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 425 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Payton vs. Flash Towing, Inc. et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/3/2008. Cause is hereby dismissed with prejudice pursuant to settlement.

Docketing to mail notices.
*Mail AO 450 form.

00:04

| | Courtroom Deputy Initials: | SCT |
|---|---|---|