# United States District Court
## Northern District of Illinois
### Eastern Division

Scott Payton

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 425

Flash Towing, Inc. et al

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this cause is dismissed with prejudice. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

Michael W. Dobbins, Clerk of Court

Date:  9/3/2008

/s/ Stephen C. Tokoph, Deputy Clerk